OPINION — AG — QUESTION: "IF THE VENDORS ARE WILLING, IT IS LAWFUL FOR VENDORS TO PROVIDE SUPPLIES AND SERVICES TO A SCHOOL DISTRICT ON APPROVAL AND IF THE SCHOOL DISTRICT DECIDES TO BUY THE SUPPLIES OR SERVICES, THEN A PURCHASE ORDER OR ORDERS COMPLYING TO ARTICLE XI, SCHOOL LAWS OF OKLAHOMA, 1967, BE ISSUED." ANSWER: AFFIRMATIVE CITE: 62 O.S. 1967 Supp., 310.1 [62-310.1], 62 O.S. 1961 310.2 [62-310.2], 62 O.S. 1961 310.3 [62-310.3] (W. J. MONROE)